IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVERETT L. MYERS, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-5893 |
| | : | |
| DAY & ZIMMERMAN GROUP INC. et al. | : | |

## **ORDER**

AND NOW, this 13th day of September, 2021, upon consideration of Defendants Day & Zimmermann Group Inc.'s and Calpine Corporation's Motions to Dismiss, and for the reasons stated in the accompanying Memorandum, it is ORDERED as follows:

- Myers's Motion for Leave to File an Amended Complaint (Document 10) is GRANTED and the Amended Complaint is deemed filed;

- Calpine's Motion to Dismiss (Document 13) is DENIED;

- Day & Zimmermann's Motion to Dismiss (Document 15) is DENIED;

- Calpine's and Zimmermann's previous Motions to Dismiss (Documents 6 and 9) are DENIED as moot.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.